IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOAN L. JONES,
Plaintiff,

v.

AETNA LIFE INSURANCE CO.,
KRAFT FOODS GLOBAL, INC.,
and KRAFT FOODS GLOBAL, INC.,
ADMINISTRATIVE COMMITTEE,
Defendants.                                             No. 10 - CV - 00158 DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case-management purposes, in particular to remind defendants Aetna Life Insurance Company and Kraft Foods Global, Inc., of their obligation to comply with the requirements of **FEDERAL RULE OF CIVIL PROCEDURE 7.1** by filing a corporate-disclosure statement. Thus, the Court **ORDERS** defendants Aetna Life Insurance Company and Kraft Foods Global, Inc., to file their disclosure statement within ten days from the date of issuance of this Order.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2011.

David R. Herndon
2011.02.23
11:09:18 -06'00'

**Chief Judge**
**United States District Court**