IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOAN L. JOANS**,

**Plaintiff,**

**v.**

**AETNA LIFE INSURANCE COMPANY,
KRAFT FOODS GLOBAL, INC. KRAFT
FOODS GLOBAL, INC., ADMINISTRATIVE
COMMITTEE,**

**Defendants.**                                              **No. 10-0158-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

Now before the Court is plaintiff's motion to dismiss without prejudice (Doc. 37). The Court notes that none of the defendants have filed an answer and/or responsive pleading to plaintiff's complaint. Thus, the Court **GRANTS** the motion to dismiss. The Court **DISMISSES without prejudice** plaintiff's complaint. The Court will close the file.

**IT IS SO ORDERED.**

Signed this 18th day of April, 2011.

Digitally signed by
David R. Herndon
Date: 2011.04.18
12:52:36 -05'00'

**Chief Judge
United States District Court**